Kenneth A. Kalous
Alaskan Hotel Rm. #306
167 So. Franklin Str.
Juneau, Alaska 99801

In The United States District Court

For The District Of Alaska

Kenneth A. Kalous plaintiff,

Vs.

Clayton M. Polley Jr., State Farm Insurance Co.,

Alaska Marine Lines Inc., Ernest Polley, Ernest

Mikko Polley, Thomas M. Nickerson,

Simon W. Brown (AST), City and

Borough of Juneau (Juneau police dispatcher),
                           Defendants.

1:08-CV-0007-JWS

Case No. IJU- 87-1209 civil and

Case No. S-12506

Complaint

   Comes now the plaintiff, Kenneth A. Kalous, Pro Se, and makes this complaint against defendants:

1. Plaintiff is a resident of the State of Alaska and was at all times material herein a resident of the City and Borough of Juneau, Alaska.

  2. Defendants were at all times material herein a resident of the City and Borough of Juneau, Alaska.

3. On June 14, 1985 at about 7:35 p.m.., plaintiff was proceeding northbound in his vehicle in the vicinity at three mile North Douglas Highway, Douglas Island, Douglas, Alaska.

4. Defendant and a passenger were driving a pick up truck behind plaintiff at an unsafe of speed, proceeding northbound.

5. Defendant failed to maintain a safe and lawful distance from plaintiff's vehicle, and was flashing his lights, yelling, and gesticulating.

6. Plaintiff pulled off the roadway into his driveway.

7. Defendant pulled off the roadway and operated his automobile in such a manner that it collided violently with plaintiff's vehicle.

8. As a result of the collision, plaintiff suffered physical injury and his car was severely damaged.

9. Defendant did not make contact with plaintiff, offer to give assistance, or remain at the scene of the collision.

10. Upon impact, plaintiff's head was forcibly rotated onto his shoulder and he was immediately aware of neck and lower back pain. He has suffered chronic pain since the collision, requiring medical evaluation and treatment.

11. As a result of the injuries suffered in the collision, plaintiff suffers from chronic physical pain, emotional distress, and has been unable to work.

12. As a result of the collision, plaintiff was extensively and irreparably damaged in an amount to be proven at trial.

First Cause Of Action

Plaintiff incorporates by reference the allegations of paragraphs one through twelve as though the same were specifically set forth in this First Cause of Action.

13. At the time of the collision, and immediately prior thereto, defendant was driving his truck in a negligent and careless manner in the following respects:

   a. driving his automobile at a negligent and reckless rate of speed;

   b. flashing his headlights, yelling, gesticulating, and otherwise failing to pay proper attention to vehicular traffic;

   c. failing to maintain a safe distance between his vehicle and that of plaintiff;

   d. failing to apply the brakes of his car in such a way as to avoid colliding with plaintiff's automobile; and driving his vehicle off the roadway into plaintiff's driveway.

14. These acts and omissions by defendant actually and proximately caused resulted in the collision, damages, and injuries suffered by plaintiff.

15. As a direct result of defendant's negligent conduct, plaintiff has suffered physical injuries, chronic pain and emotional distress, is seriously disabled and unable to maintain gainful employment.

16. As a result of the collision, plaintiff suffers extensive damages in an amount to be proven at trial.

Second Cause of Action

17. Plaintiff incorporates by reference the allegations of paragraphs one through seventeen as though the same were specifically set forth in this Second Cause of Action.

3

Case 1:08-cv-00007-JWS   Document 1   Filed 03/28/08   Page 3 of 5

18. At the time of the collision, and immediately prior thereto, defendant was driving his truck in a manner intended to cause harm was substantially certain to occur, in the following respects:

a. driving his automobile at an unsafe rate of speed;

b. driving his vehicle at an unsafe and unlawful distance behind plaintiff's vehicle;

c. flashing his headlights; yelling; gesticulating, and otherwise behaving in a manner substantially certain to place plaintiff in apprehension of unwanted and dangerous contact;

d. driving off the roadway into plaintiff's driveway and colliding with plaintiff's vehicle;

e. failing to render assistance or remain at the scene of the accident pursant to A. S. 28.35.050 and A. S. 28.35.060.

19. As a direct result of defendant's intentional conduct and the resulting collision, plaintiff has suffered physical injuries, chronic pain and emotional distress, is seriously disabled and unable to maintain gainful employment.

20. As a result of the defendant's intentional conduct, plaintiff is extensively and irreparably harmed in an amount to be proven at trial.

21. Simon W. Brown, and the City and Borough of Juneau police dispatcher assisted the above defendant Mikko Polley and Thomas Nickerson flee from the scene of the collision.

## Prayer For Relief

Wherefore, plalintiff Kenneth A. Kalous respectfully prays for relief and for judgement against defendants Clayton Polley, Ernest Polley, Ernest Mikko Polley,

4

Thomas Nickerson, Simon W. Brown and police dispatcher for the City and Borough of Juneau, Alaska.

1. Damages in the amount of $2, 500, 000.00 or as may be proven at trial;

2. Punitive damages, in an amount to be determined at trial;

3. Attorney fees and costs;

4. And for such other and further relief as the Court deems just.

Dated this 28 day of March, 2008 at Juneau, Alaska.

Kenneth A. Kalous
Plaintiff, Pro Se

I hereby certify that I sent post paid a copy to all parties in this matter this 28 day of March 2008.

cc. Mr. Wright and associates, 550 W. L street, Ste. #361, Anchorage, Alaska

Dept. of Law, Stat of Alaska, 6th floor of the Dimond Courthouse, Attention: Susan Cox

City & Borough of Juneau, City Attorneys office, 155 So. Seward St. Juneau, Alaska

5